UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SARAYA USA, INC., a Utah corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 23-cv-00017-AJB-MMP<br><br>**ORDER REJECTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(Doc. No. 52)** |

On August 20, 2025, Plaintiffs Steven Prescott, Jonathan Horowitz and Diane Carter ("Plaintiffs") filed a Notice of Voluntary Dismissal Without Prejudice brought pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Doc. No. 52.)

Rule 41 provides two avenues for voluntary dismissal of an action: (1) by a plaintiff and (2) by court order. Fed. R. Civ. P. 41(a)(1), (2). With limited exceptions, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). However, once the opposing party has served an answer or a motion for

summary judgment, then the "action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Here, Plaintiffs note that "[t]his notice of dismissal is being filed with the Court before service of Defendant's motion for summary judgment or Plaintiffs' motion for class certification." (Doc. No. 52 at 1.) Conspicuously absent from Plaintiffs' Notice is any reference to the filing of an answer—which Defendant Saraya USA, Inc. ("Defendant") filed on May 23, 2025. (*Compare* Doc. No. 52 (Plaintiffs' Notice of Voluntary Dismissal) *with* Doc. No. 38 (Defendant's Answer).) As such, to seek voluntary dismissal of this action, Plaintiffs must either file a request for dismissal pursuant to Rule 41(a)(2) or file jointly with Defendant a motion for dismissal pursuant to Rule 41(a)(1)(A)(ii).

Considering the outstanding Order to Show Cause ("OSC") issued by Magistrate Judge Michelle M. Pettit with regard to Plaintiffs' Counsel (Doc. No. 48), the Court declines at this time to construe Plaintiffs' improper Notice of Voluntary Dismissal as a request for court-ordered dismissal. Accordingly, the Court rejects Plaintiffs' Notice of Voluntary Dismissal (Doc. No. 55).[1] Plaintiffs are directed to review and comply with Rule 41(a) in any future filing seeking voluntary dismissal. In the meantime, all filed motions remain pending as does Judge Pettit's OSC.

**IT IS SO ORDERED.**

Dated:  August 21, 2025

Hon. Anthony J. Battaglia
United States District Judge

---

[1] Even if the Court were to construe Plaintiffs' Notice as a motion, it would be rejected for failure to comply with Civil Local Rule 7.1.

2

23-cv-00017-AJB-MMP