UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SARAYA USA, INC., a Utah corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 23-cv-00017-AJB-MMP<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO STAY**<br><br>**(Doc. No. 76)** |

On August 20, 2025, Plaintiffs Steven Prescott, Jonathan Horowitz and Diane Carter ("Plaintiffs") filed a motion requesting the Court stay the instant action for two weeks while the parties work toward settlement. (Doc. No. 76.) Plaintiffs represent that the motion is unopposed. (*Id.* at 2.) The Court finds good cause to stay all proceedings before the undersigned for two weeks. Accordingly, the Court hereby **ORDERS**:

    1.    All proceedings before the undersigned are **STAYED** until **October 28, 2025**.

    2.    If a joint motion for dismissal is not filed by **October 29, 2025**, then the following briefing schedule on Plaintiffs' motion for voluntary dismissal (Doc. No. 68) will go into effect:

      a.      Defendant Saraya USA, Inc.'s deadline to file an opposition is **RESET** to **October 30, 2025**.

      b.      Plaintiffs' deadline to file a reply is **RESET** to **November 6, 2025**.

      c.      The hearing on Plaintiffs' motion for voluntary dismissal is **RESET** to **November 20, 2025**, at **2:30 PM**, in Courtroom 4A.

Proceedings before and related deadlines set by Magistrate Judge Michelle M. Petitt—including the outstanding Order to Show Cause issued by Judge Petitt with regard to Plaintiffs (Doc. No. 73)—remain on calendar. As such, the Court **GRANTS in part** and **DENIES in part** Plaintiffs' motion to stay.

**IT IS SO ORDERED.**

Dated: October 14, 2025

                                        Hon. Anthony J. Battaglia
                                        United States District Judge