UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SARAYA USA, INC., et al.,<br><br>  Defendants. | Case No.: 23-cv-00017-AJB-MMP<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST AND RESETTING ORDER TO SHOW CAUSE HEARING**<br><br>[ECF No. 79] |

On October 6, 2025, the Court issued an Order to Show Cause Directed to Plaintiffs Steven Prescott, Jonathan Horowitz, and Diane Carter, inter alia, setting an in-person Order to Show Cause Hearing on October 20, 2025 at 2:00 PM. ECF No. 73 ¶ 2. Currently pending before the Court is "Plaintiffs' Request for Continuance of the October 20th Hearing." ECF No. 79. The basis for the requested continuance is Plaintiffs represent their counsel and one of the Plaintiffs (though which one is not identified) will be out of the state of California on October 20. ECF No. 79 at 2. Plaintiffs also represent the parties are in settlement discussions and "intend to finalize settlement and file a request for dismissal by October 29th." ECF No. 79 at 3.

As the Order to Show Cause requires all three named Plaintiffs to appear in person before the Court, given Plaintiffs' representation (though vague and not under oath), the

Court finds good cause exists to reschedule the Order to Show Cause Hearing. Accordingly, the Court **GRANTS** Plaintiffs' request and **RESETS** the Order to Show Cause Hearing to **November 3, 2025** at **9:30 AM** in Courtroom 3D of the Schwartz Courthouse. **Plaintiffs Steven Prescott, Jonathan Horowitz, and Diane Carter are ORDERED to appear in person.**

The Court intends to proceed with the Order to Show Cause to address the numerous violations of its Orders and failures to appear to court-ordered conferences irrespective of the settlement discussions. While any settlement the parties reach may impact the type and scope of sanctions the Court finds appropriate in this case, the Order to Show Cause Hearing will remain on calendar.

**IT IS SO ORDERED**.

Dated: October 17, 2025

HON. MICHELLE M. PETTIT
United States Magistrate Judge